## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|   |   |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **Criminal No. 21-mj-242 (GMH)** |
| **SALVADOR SANDOVAL, JR.,** | ) |
| | ) |
| **Defendant.** | ) |

_____)

### <u>ORDER</u>

UPON CONSIDERATION of Defendant's Motion for Admission of Attorney William T. Kutmus *pro hac vice*, it is hereby:

ORDERED that the Motion for Admission of Attorney William T. Kutmus *pro hac vice* is GRANTED.

Dated: March 8, 2021

SO ORDERED.

_____
Zia M. Faruqui
United States Magistrate Judge